# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, | CASE NO. C18-1791 MJP |
| Plaintiff, | ORDER GRANTING STAY OF CASE PENDING SETTLEMENT NEGOTIATIONS |
| v. | |
| UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

Based on the parties' stipulation, it is hereby ORDERED that all deadlines are extended until after May 31, 2019. It is further ORDERED that the parties file a Joint Status Report on or before May 31, 2019.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 15, 2019.

Marsha J. Pechman
United States District Judge

ORDER GRANTING STAY OF CASE PENDING SETTLEMENT NEGOTIATIONS - 1