HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, 5TH AVENUE THEATER ASSOCIATION, and 5TH AVENUE THEATER FOUNDATION,<br><br>Defendants. | NO. 2:18-CV-01791-MJP<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST DEFENDANT UNIVERSITY OF WASHINGTON WITHOUT PREJUDICE** |

## STIPULATON

Plaintiff Rhonda Brown and Defendant University of Washington ("UW"), by their respective undersigned counsel, hereby stipulate and agree that all of Plaintiff's claims against the University of Washington in this action shall be dismissed without prejudice and without an award of attorneys fees or costs to either party.

STIPULATION AND PROPOSED ORDER DISMISSING CLAIMS AGAINST DEFENDANT UNIVERSITY OF WASHINGTON WITHOUT PREJUDICE
Civil Action No. 2:18-cv-01791-MJP
Page 1 of 4

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 402-5846

Dated: June 11, 2019.


REED PRUETT WALTERS LARSEN PLLC

By: /s/ Mark D. Walters
Mark D. Walters, WSBA #25537
11120 N.E. 2nd Street, Suite 200
Bellevue, Washington 98004
Tel.: 425.688.7620
Email: mwalters@rpwlawfirm.com
Counsel for Plaintiff, Rhonda Brown


WASHINGTON CIVIL & DISABILITY ADVOCATE

By: /s/ Conrad A. Reynoldson
Conrad A. Reynoldson, WSBA #48187
4115 Roosevelt Way NE, Suite B
Seattle, Washington 98105
Tel.: 206.876-8515
Email: Conrad@wacda.com

Counsel for Plaintiff Rhonda Brown


GARVEY SCHUBERT BARER, P.C.

By: /s/ David R. West
David R. West, WSBA #13680
1191 Second Avenue, 18th Floor
Seattle, Washington 98101
Tel.: 206.464.3939
Email: drwest@gsblaw.com
Counsel for Defendant University of Washington

STIPULATION AND PROPOSED ORDER DISMISSING CLAIMS AGAINST DEFENDANT UNIVERSITY OF WASHINGTON WITHOUT PREJUDICE
Civil Action No. 2:18-cv-01791-MJP
Page 2 of 4

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105

(206) 402-5846

# ORDER

Based on the above stipulation, it is hereby ORDERED that all of Plaintiff's claims asserted in this action against the University of Washington shall be, and hereby are, dismissed from this action without prejudice and without an award of attorneys fees or costs to either party.

DATED this 12th day of June, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge